1  JONATHAN SHUB (SBN 237708)
   SHELLER, LUDWIG & BADEY
2  1528 Walnut Street, 3rd Floor
   Philadelphia, PA 19102
3  Tel: (215) 790-7300
   Fax: (215) 546-0942
4
5  IRA P. ROTHKEN (SBN 160029)
   ROTHKEN LAW FIRM
6  1050 Northgate Drive
   Suite 520
   San Rafael, CA 94903
7  Tele: (415) 924-4250
   Facsimile: (415) 924-2905
8
9  RALPH M. STONE (pro hac vice)
   SHALOV STONE & BONNER LLP
10 485 Seventh Ave
   New York, NY 10018
11 Tele: (212) 239-4240
   Fascimile: (212) 239-4310
12
   STAN MALLISON (SBN 184191)
13 LAW OFFICES OF MALLISON &
   MARTINEZ
14 1004 Brown Ave
   Lafayette, CA 94549
15 Tele: (925) 283-3842
   Facsimile: (925) 283-3426
16
   *Co-Lead Counsel*
17

18                  UNITED STATES DISTRICT COURT

19                NORTHERN DISTRICT OF CALIFORNIA

20                       (SAN JOSE DIVISION)

21                                      *E-FILED - 1/25/06*

22 In re: PALM TREO 600 and 650      )
   LITIGATION                        )
23                                   )
                                     )
24 This Document Relates To:         )
                                     )
25     All Actions                   )
                                     )
26

27

28 **PRETRIAL ORDER NO. 1**
   **Master File No.** <u>C-05-0</u>3774-RMW

**MASTER FILE NO.** C-05-03774-RMW

**PRETRIAL ORDER NO. 1**

### ORDER

The parties to this consolidated proceeding have conferred and submit this stipulated case management proposal including the organization of plaintiffs' counsel. This Order shall govern the pre-trial proceedings and trial of these consolidated actions and all subsequent related actions, which are added-on, transferred or otherwise consolidated as part of this consolidated proceeding.

**I.      CONSOLIDATION OF RELATED ACTIONS**

1.      These actions and any actions filed in or transferred in or transferred to this District which arise from facts similar to those in the present action are hereby consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure. This consolidation is for all pretrial proceedings and trial, and applies to all of the following cases:

      a.    *Gans v. PALMONE*, Civil Action No. 05-cv-03774-RMW, filed in the Northern District of California;

      b.    *Berliner v. Palm, Inc*, Civil Action No. 05-cv-03854-RMW, filed in the Northern District of California;

      c.    *Geisen v. Palm, Inc.*, *aka PALMONE, INC.*, Civil Action No. 05-cv-04120-RMW, filed in the Northern District of California; and

      d.    *Moya v. Palm, Inc.,* Civil Action No. 05-cv-03926-RMW, filed in the Northern District of California;

      e.    *Loew v. Palm, Inc. aka PALMONE, INC.*, Civil Action No. 05-cv-03980-RMW, filed in the Northern District of California;

      f.    *Palza v. Palm, Inc.*, Civil Action No. 05-CV-04408-RMW, removed to the Northern District of California.

2.      The clerk shall establish and maintain a Master Docket and Master File for this

1

1  proceeding under the caption "*In re Palm Treo 600 and 650 Litigation*," Master File No.

2  C-05-03774 All orders, pleadings, motions and other documents, when filed and docketed in the

3  Master File, will be deemed filed and docketed in each individual case.

4         3.     Henceforth, every pleading or other such document in this consolidated

5  proceeding, which ordinarily contains a pleading caption, shall bear the following caption:

6

7  **UNITED STATES DISTRICT COURT**

8  **NORTHERN DISTRICT OF CALIFORNIA**

9  **(SAN JOSE DIVISION)**

10

| In re: PALM TREO 600 and 650 LITIGATION | ) | **MASTER FILE NO.** C-05-03774-RMW |
| --- | --- | --- |
|  | ) | **PRETRIAL ORDER NO. 1** |
|  | ) |  |
| This Document Relates To: | ) |  |
|  | ) |  |
|    All Actions | ) |  |

15

16         4.     When a pleading or other captioned document is intended to be applicable to all

17  actions which are part of these proceedings, the words "All Actions" shall appear immediately

18  after the words "This Document Relates To:" in the caption set forth above.  When a pleading or

19  other captioned document is intended to be applicable only to some, but not all, of such actions,

20  the last name of the first-named plaintiff in said action and that case's individual action number

21  shall appear immediately after the words "This Document Relates To:" in the caption set forth

22  above.

23  **II.    ORGANIZATION OF PLAINTIFFS' COUNSEL**

24         5.     The organizational structure of plaintiffs' counsel established by this Order shall

25  bind plaintiffs' counsel in the Consolidated Actions, including any action subsequently governed

26  by this Order.

27

2

28  **PRETRIAL ORDER NO. 1**
**Master File No.** C-05-03774-RMW

1    6.    The Court appoints the following individuals to act on behalf of plaintiffs in the

2    Consolidated Actions, including any plaintiffs subsequently governed by this Order, with the

3    responsibilities hereinafter prescribed.

4                        a.    As Co-Lead Counsel:

5                                    (1)    Jonathan Shub of Sheller, Ludwig & Badey,

6                                           P.C.;

7                                    (2)    Ira Rothken of the Rothken Law Firm;

8                                    (3)    Ralph Stone of Shalov Stone & Bonner,

9                                           LLP; and

10                                   (4)    Stan Mallison of Mallison & Martinez.

11                       b.    As members of the Executive Committee:

12                                   (1)    Mark Tamblyn of Kershaw Cutter &

13                                          Ratinoff LLP;

14                                   (2)    Michael Goldberg of Glancy, Binkow &

15                                          Goldberg;

16                                   (3)    Seth Lesser of the Locks Law Firm;

17                                   (4)    Paul Weiss of Freed & Weiss LLP:;

18                                   (5)    Brad Lakin of the Lakin Law Firm;

19                                   (6)    Robert Green of Green Welling LLP.

20                                   (7)    Ronen Sarraf of Sarraf Gentile LLP

21                                   (8) .   Edward Wallace of The Wexler Firm LLP

22                       c.    As Co-Chairs of the Executive Committee:

23                                   Michael Goldberg and Mark Tamblyn.

24    7.    Co-Lead Counsel.  Co-Lead Counsel shall have day-to-day responsibility for the

25    conduct of the consolidated litigation; shall determine how to prosecute the case and shall

26    initiate, coordinate and supervise the efforts of plaintiffs' counsel in the consolidated action in

27
                                              3

28    **PRETRIAL ORDER NO. 1**
      **Master File No.** C-05-03774-RMW

1    the areas of discovery, briefing, trial and settlement.  Co-Lead Counsel shall also be deemed to

2    be members of the Executive Committee.

3           8.      Co-Lead Counsel shall designate responsibilities for specific tasks to plaintiffs'

4    counsel in the consolidated cases in a manner to assure that pretrial preparation is conducted

5    effectively, efficiently and economically; shall assist the Executive Committee and its co-chairs

6    in maintaining communication among counsel; and shall monitor the activities of plaintiffs'

7    counsel to assure that schedules are met and unnecessary expenditures of time and money are

8    avoided.  Co-Lead Counsel shall maintain the official service list of all plaintiffs and plaintiffs'

9    counsel in the Consolidated Actions, including their addresses.  Co-Lead Counsel shall perform

10   whatever any additional functions that may be assigned to them by the Court.  Agreements

11   reached between defendant and Co-Lead Counsel are binding on all plaintiffs and their counsel.

12   No discovery shall be served, and no motion shall be filed, by any plaintiff's counsel without the

13   consent of Co-Lead Counsel, unless leave of Court is obtained.

14          9.      Executive Committee.  To the extent delegated by Co-Lead Counsel, members of

15   the Executive Committee and its Chair shall execute the orders of the Court concerning the

16   conduct of the litigation; formulate and draft material for plaintiffs in the Consolidated Actions,

17   including interrogatories, document requests, pleadings, briefs and motion papers; and perform

18   such other tasks as are delegated by Co-Lead Counsel, including, for example, the taking of

19   depositions upon oral examination.  Co-Lead Counsel and the Executive Committee members

20   may organize whatever subordinate bodies or subcommittees they deem expedient, such as

21   discovery committees and briefing committees.

22          10.     Co-Chair of the Executive Committee.  The Co-Chairs of the Executive

23   Committee shall be responsible for overseeing the work of that Committee, and coordinating the

24   assignments established by the Co-Leads.  At the Co-Leads invitation, the Co-Chairs may

25   participate in the conferences and planning meetings conducted by Co-Leads.

26          11.     Service of all papers filed with the Court shall be accomplished by e-filing, and

27                                                          4

28   **PRETRIAL ORDER NO. 1**
     **Master File No.** _ C-05-03774-RMW

1  no other type of service shall be required.  Service of all papers that are not filed with the Court

2  shall be accomplished by plaintiffs serving defendant's counsel, and by defendant serving Co-

3  Lead Counsel for plaintiffs, as applicable, by either:  (i) overnight mail service; (ii) telecopier or

4  (iii) hand delivery.  Whenever feasible, the serving party shall send courtesy copies

5  simultaneously via e-mail in PDF format, to defendant's counsel or to Co-Lead Counsel for

6  Plaintiffs, as applicable.

7  **III.    APPLICATION OF THIS ORDER TO SUBSEQUENT CASES**

8         12.    This Pretrial Order No. 1 shall apply to each related case subsequently added-on

9  or transferred to this consolidated proceeding.  When an action is added-on as part of these

10  proceedings, plaintiffs' Liaison Counsel shall serve a file-endorsed copy of this Pretrial Order

11  No. 1 to the attorneys for the plaintiff(s) in the add-on case, and direct that this Pretrial Order

12  No. 1 be served upon any new defendant(s) in the add-on case, or their counsel.  A new party

13  objecting to the application of any provision of this Order must file a request for relief from this

14  Order within ten (10) days of service of this Order upon that party.

15  **IV.    CONSOLIDATED AMENDED COMPLAINT**

16         13.    A Consolidated Amended Complaint shall be filed and served on or before

17  January 31, 2006.  The Consolidated Amended Complaint shall supersede each of the six listed

18  complaints, set forth in paragraph 1, above, and unless further amended, with leave of court,

19  shall be the operative complaint in this proceeding.  Defendant's responsive pleading shall be

20  electronically filed on or before 4:00 pm on March 2, 2006.  All prior dates, deadlines and

21  hearings shall be vacated upon entry of this Order.  If defendant decides to file anything other

22  than an answer to the Consolidated Amended Complaint, then defendant shall inform plaintiff at

23  least five Court days prior to filing such responsive pleading of the nature and basis of such

24  motion, and the parties will meet and confer, and consult the Court, on a briefing schedule and

25  hearing date thereon.

26  **V.    RULE 26 INITIAL DISCLOSURES**

27

28  **PRETRIAL ORDER NO. 1**
**Master File No.**  C-05-03774-RMW

5

14.     The parties will meet and confer on or before February 16, 2006, per Federal Rule of Civil Procedure, Rule 26(f).  The parties will exchange their Rule 26 Initial Disclosures fourteen days after the Rule 26(f) conference, on March 2, 2006.  Discovery will commence in accordance with the Federal Rules of Civil Procedure.

**VII.     CASE MANAGEMENT CONFERENCE**

15.     A Case Management Conference will be held on March 3, 2006 at 10:30 a.m.

**VIII.     MODIFICATION OF THIS ORDER**

16.     This order may be modified or supplemented by the Court or on motion by any party for good cause shown.

I, Ira P. Rothken, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: January 18, 2006                    IRA P. ROTHKEN
                                           ROTHKEN LAW FIRM


                                           By:   /s/ Ira P. Rothken
                                                 Ira P. Rothken
                                                 Attorneys for Plaintiffs

Dated: January 18, 2006                    JONATHAN SHUB
                                           SHELLER, LUDWIG & BADEY, P.C.


                                           By:   /s/ Jonathan Shub
                                                 Jonathan Shub
                                                 Attorneys for Plaintiffs

Dated: January 18, 2006                    RALPH STONE
                                           SHALOV STONE & BONNER, LLP


                                           By:   /s/ Ralph Stone
                                                 Ralph Stone
                                                 Attorneys for Plaintiffs

6

**PRETRIAL ORDER NO. 1**
**Master File No.** C-05-03774-RMW

1

Dated: January 18, 2006

STAN MALLISON
THE LAW OFFICES OF MALLISON &
MARTINEZ

2

3

4

By:   /s/ Stan Mallison
      Stan Mallison
      Attorneys for Plaintiffs

5

6

Dated: January 18, 2006

MARK TAMBLYN
KERSHAW CUTTER & RATINOFF LLP

7

8

By:   /s/ Mark Tamblyn
      Mark Tamblyn
      Attorneys for Plaintiffs

9

10

Dated: January 18, 2006

MICHAEL GOLDBERG
MARC L. GODINO
GLANCY, BINKOW & GOLDBERG

11

12

13

By:   /s/ Marc L. Godino
      Marc L. Godino
      Attorneys for Plaintiffs

14

15

16

Dated: January 18, 2006

SETH LESSER
THE LOCKS LAW FIRM

17

18

By:   /s/ Seth Lesser
      Seth Lesser
      Attorneys for Plaintiffs

19

20

Dated: January 18, 2006

PAUL WEISS
FREED & WEISS LLP

21

22

23

By:   /s/ Paul Weiss
      Paul Weiss
      Attorneys for Plaintiffs

24

25

26

27

28

7

**PRETRIAL ORDER NO. 1**
**Master File No.** C-05-03774-RMW

1

Dated: January 18, 2006       BRAD LAKIN
THE LAKIN LAW FIRM

2

3       By: ___/s/ Brad Lakin_____

4           Brad Lakin
Attorneys for Plaintiffs

5

Dated: January 18, 2006       ROBERT GREEN
GREEN WELLING LLP

6

7

8       By: ___/s/ Robert Green_____

          Robert Green

9           Attorneys for Plaintiffs

10

Dated: January 18, 2006       RONEN SARRAF
SARRAF GENTILE LLP

11

12       By: ___/s/ Ronen Sarraf_____

13           Ronen Sarraf
Attorneys for Plaintiffs

14

Dated: January 18, 2006       PENELOPE A. PREOVOLOS

15           LORI A. SCHECHTER
ROGER E. COLLANTON

16           MORRISON & FOERSTER LLP

17

18       By: ___/s/ Lori A. Schechter_____

19           Lori A. Schechter
Attorneys for Defendant

20           PALM, INC.

21

22

23 **IT IS SO ORDERED.**

24

25 Dated: January _25_, 2006       _____/S/ RONALD M. WHYTE_____

The Honorable Ronald M. Whyte

26           UNITED STATES DISTRICT JUDGE

27

28

**PRETRIAL ORDER NO. 1**
**Master File No.** _C-05-0_3774-RMW